UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MICHL, | No. 2:22-cv-0689 KJN P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF BUTTE, et al., | |
| Defendants. | |

Plaintiff, a pretrial detainee at Napa State Hospital, proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed a properly completed in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $52.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff failed to answer 3a, 3b, 3c, 3d, and 3f on the application form. Therefore, plaintiff is provided the opportunity to submit a properly completed affidavit in support of a request to proceed in forma pauperis. Plaintiff is not required to obtain a second certification by prison officials or provide another certified trust account statement.

In accordance with the above, IT IS HEREBY ORDERED that:

////

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $52.00 administrative fee.

1

1. Plaintiff shall submit, within thirty days from the date of this order, a properly completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner, as well as a copy of plaintiff's previously submitted application (ECF No. 4 at 1-2).

Dated: April 26, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mich0689.3a